IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL SCOTT,

    Plaintiff,

v.

COUNTY CORRECTIONAL FACILITY
CENTRAL/SHERIFF'S DP.,
LORRAINE MCCABE, NEAL CONLEY,
SCOTT PELOWSKI, PAUL THOMPSON,
MARLYN TINSLEY and MICHAEL KOCH,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-90-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_____      8/10/2011
Peter Oppeneer, Clerk of Court                Date